IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNNE AZARCHI-STEINHAUSER, et al. | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 08-399 |
| v. | : : | |
| PROTECTIVE LIFE INSURANCE COMPANY, et al. | : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this  19th   day of June, 2009, it is **ORDERED** that

• Defendant Alliance's Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. # 27) is **Granted**.

• Plaintiffs' Motion for Leave to File a Third Amended Complaint (Doc. #29) is **Denied** as to all claims against Defendant Alliance and **Granted** as to all claims against Defendant Protective Life Insurance Company. Plaintiffs may file a Third Amended Complaint as to claims against Protective Life Insurance Company by **June 29, 2009.**

• Defendant Alliance is terminated as a Defendant in this case.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1

O:\ABB 2009\A - K\Azarchi order.wpd